STATE OF MAINE                          SUPERIOR COURT
PENOBSCOT, ss.                          CIVIL ACTION
                                        DOCKET NO. CV- ꝈꝊꝈꝉ-Ꝉꝋꝉ

STATE OF MAINE,                )
                               )
    Plaintiff                  )
                               )        CONSENT ORDER
        v.                     )
                               )        Permanent Injunction
PAUL M. MELANSON               )
    (DOB 02/11/1959)           )
    Defendant                  )


Plaintiff, State of Maine, having filed its Complaint on or about September 15, 2020, under the Maine Civil Rights Act, and Plaintiff and Defendant Paul M. Melanson having consented to the entry of this Consent Order without further trial or adjudication of any issue of fact or law herein, and without this Order constituting any admission by Defendant Paul M. Melanson with respect to such issues, it is hereby ORDERED and DECREED as follows:

## I. JURISDICTION

1.    This Court has jurisdiction over Plaintiff and Defendant Paul M. Melanson, and the subject matter of this action. The Complaint states a claim for relief under 5 M.R.S.A. § 4681.

## II. INJUNCTION

2.    Defendant Paul M. Melanson, his agents, servants, employees, attorneys or anyone acting under his control, or any person in active concert or participation with him, is permanently enjoined pursuant to 5 M.R.S.A. § 4681 from (a) damaging or defacing public property or private property belonging to another person or organization

1

that displays colors or symbols associated with gay equality or pride, including Pride Flags or installations displaying the colors of the Pride Flag or other symbols of the LGBTQ (lesbian, gay, bisexual, transexual and queer) community, or (b) encouraging, assisting or causing any other person to engage in such conduct.

3. Pursuant to the Maine Civil Rights Act (5 M.R.S.A. § 4681): ANY PERSON WHO KNOWINGLY VIOLATES THIS ORDER COMMITS A CLASS D CRIME PUNISHABLE BY UP TO 364 DAYS IN JAIL AND A FINE OF UP TO $2,000.

## RETENTION OF JURISDICTION

Jurisdiction is retained by this Court for the purpose of enabling any of the parties to this Consent Order to apply to this Court at any time for such further orders or directions as may be necessary or appropriate for the construction or carrying out of the Consent Order for the modification of or termination of any of the provisions hereof, and for the enforcement of compliance herewith (including through actions for civil or criminal contempt).

Dated at Augusta, Maine, this 3rd day of November, 2020

Respectfully submitted,

AARON M. FREY
Attorney General

Leanne Robbin
Assistant Attorney General
Bar No. 2838

Attorneys for State of Maine

2

Dated: 30 OCT 2020

_____
PAUL M. MELANSON, Defendant

## ORDER

**IT IS HEREBY ORDERED AND DECREED** as set forth above.

Dated: 11/9/2020

_____
JUSTICE, SUPERIOR COURT

3